**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAMUEL O. JACOBS,

                Plaintiff,

    -against-                                    21 **CIVIL** 10577 (CS)

                                                          **<u>JUDGMENT</u>**

KENT JACOBS, DUTCHESS COUNTY
FAMILY COURT and POUGHKEEPSIE, NY,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 18, 2022, Defendants' motions are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      October 18, 2022

                                                              **RUBY J. KRAJICK**

                                                              _____
                                                               **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                _____
                                                               **Deputy Clerk**